**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TUESDAY TAYLOR as best friend of LAMONDAY ROBINSON, a minor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. SNETHEN, #1775, OFFICERS RIVERY, #21613, SMITH, #21586, KRETTEK, #20255, BERTETTO, #16337, STARK, #18655, AND THE CITY OF CHICAGO, A MUNICIPAL CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 09-cv-738<br><br>Judge James F. Holderman<br><br><br><br><br><br><br>Jury Demand |

**STIPULATION OF DISMISSAL**

　　The parties below, through their respective counsel, stipulate to entry of an order dismissing this case with prejudice, and without costs or attorneys' fees to either party.


/s/ Standish E. Willis
Standish E. Willis
swillis818@aol.com
Attorney for Plaintiff
Law Office of Standish E. Willis, Ltd.
39 S. LaSalle Street, Suite 1210
Chicago, IL 60603
Telephone: (312) 750-1950
Facsimile: (312) 750-1958

Attorney for Plaintiff, TUESDAY TAYLOR as best friend of LAMONDAY ROBINSON, a minor

/s/ June K. Ghezzi
June K. Ghezzi
jkghezzi@jonesday.com
William C. Martin
wmartin@jonesday.com
Gabriel H. Scannapieco
gscannapiec@jonesday.com
Victoria L. Holland
vholland@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
Telephone:　(312) 782-3939
Facsimile:　(312) 782-8585
Attorneys for Defendants, SGT. SNETHEN, OFFICERS RIVERY, SMITH, KRETTEK, BERTETTO, STARK, and THE CITY OF CHICAGO